# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CHAD ROGGENKAMP, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

BOLD TRANSPORTATION, INC.,

    Defendant.

Case No. 2:21-cv-02036-HLT-JPO

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Chad Roggenkamp, opt-ins Ricky Kennedy, Phillip Melvin, Christopher JoRay, Rachel Ross, Gary Osborn, Thomas Bolds, Michael Elliott, Mathew Wayne Otto, and John A. Dixon, and Defendant Bold Transportation, Inc.'s by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of this action without prejudice with all parties to bear their own attorneys' fees and costs.

*/s/ Michael Hodgson*
Mike Hodgson, KS Bar No. 21331
**The Hodgson Law Firm, LLC**
3609 SW Pryor Road
Lee's Summit, MO 64082
Phone: 816.600.0117
Email: mike@thehodgsonlawfirm.com

John J. Ziegelmeyer III, KS Bar No. 23003
Brad K. Thoenen, KS Bar No. 24479
**HKM Employment Attorneys LLP**
1501 Westport Road
Kansas City, MO 64111
Phone: 816.875.3332
Email: jziegelmeyer@hkm.com
Email: bthoenen@hkm.com

ATTORNEYS FOR PLAINTIFF AND OPT-INS

FP 43082557.1

*/s/  James Sullivan*
James C. Sullivan, KS Bar No. 70453
Spring E. Taylor, D. Kan. No. 78648
**FISHER & PHILLIPS LLP**
4900 Main Street, Suite 650
Kansas City, MO 64112
Phone:  816.842.8770
Facsimile:  816.842.8767
Email:  jsullivan@fisherphillips.com
Email:  staylor@fisherphillips.com

ATTORNEYS FOR DEFENDANT
